# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR2804-H |
| Plaintiff, | ORDER |
| v. | |
| Abraham Ruiz (1), | |
| Defendant. | |

IT IS HEREBY ORDERED that the letter requesting court records from Abraham Ruiz postmarked November 8, 2024 is granted. Copies of the following documents are being provided to Mr. Ruiz:

1. Docket Sheet
2. Indictment
3. Plea Agreement
4. Judgment

There will be a separate correspondence mailed regarding the transcript request.

IT IS SO ORDERED.

DATED: 11/18/2024

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-